IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:08cr109DCB-FKB

WARREN CLIFTON PIERCE

## ORDER

Before the Court is a Motion by the United States of America to forego Restitution inasmuch as information, data and figures necessary to reasonably calculate the amount of restitution are unavailable for the reasons set forth in the Motion. Having conducted a telephonic conference with the United States and with Defense counsel and after careful review and being satisfied that the Motion is well taken, the Court finds as provided in §3663A (c) (3) (B) that the issues of fact relating to the victims' losses are complex; the victims cannot be determined and/or located after a reasonable effort by the United States; and the need to provide restitution is outweighed by the burden on the sentencing process.

WHEREFORE, no restitution is ordered.

THIS THE   1st   day of November, 2011.

                                                                    s/ David Bramlette
                                             UNITED STATES DISTRICT JUDGE