IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                      CIVIL NO.      3:12cv384DCB-FKB
                                        CRIMINAL NO.   3:08cr109DCB-FKB

WARREN CLIFTON PIERCE

## ORDER

The Court having reviewed the defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed herein; upon motion of the United States, and upon a finding that the defendant alleges ineffective assistance of counsel,

IT IS THEREFORE ORDERED that the government furnish a copy of the defendant's motion to former counsel for the movant in the above-mentioned proceedings, Davey L. Tucker, Esq., and that said former counsel for the movant respond by filing in this cause within thirty days of this Order a written affidavit to the allegations made by the movant in the defendant's motion, with a copy of the affidavit provided to the government, and the Court further and specifically finds that the movant has waived his right to claim an attorney-client privilege in regard to these proceedings, and

IT IS FURTHER ORDERED that the government submit its Response no later than thirty days after the submission of the above-referenced affidavit.

ORDERED on this, the 2nd day of August, 2012.

s/David Bramlette
UNITED STATES DISTRICT COURT JUDGE